IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PATRICK RADFORD, AN INFANT, BY HIS FATHER, AND NEXT FRIEND, WALTER RADFORD,<br><br>Plaintiff,<br><br>v.<br><br>SPRINGBORO COMMUNITY [CITY] SCHOOLS BOARD OF EDUCATION,<br><br>Defendant. | CIVIL ACTION NO.: C-1-02-442<br><br>DISTRICT JUDGE: BECKWITH<br><br>MAGISTRATE JUDGE: SHERMAN<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

RECEIVED
AUG 29 2003
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

By their signatures appearing below, all parties appearing in this action stipulate to its dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall be responsible for its own costs.

**SO ORDERED.**

_____
SANDRA S. BECKWITH
UNITED STATES DISTRICT JUDGE

Seen and agreed:

(SEE ATTACHED) /NS
R. Gary Winters, Esq. (O.S.C.R. #0018680)
Ian R. Smith, Esq. (O.S.C.R. #0068195)
Trial Attorneys for Defendant
630 Vine St Ste 900
Cincinnati OH 45202-2442
(513) 421-4646 tel
(513) 421-7929 fax

Rick J. Sommer (O.S.C.R. #0070587)
Trial Attorney for Plaintiff
4555 Lake Forest Drive, Suite 650
Cincinnati, OH 45242
(513) 563-3003 tel
(513) 297-9596 fax